# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-08406-JFW (AS) | Date | August 17, 2018 |
|---|---|---|---|
| Title | Dennis Petillo  v.  Debbie Asuncion | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On May 29, 2018, the Court issued an order dismissing Plaintiff's Complaint with leave to amend (Docket Entry No. 5). Plaintiff was directed to "file a First Amended Complaint no later than 30 days from the date of this Order." Id. at 6. Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint, or failure to correct the deficiencies described . . . , may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders." (Id. at 7).

To date, Plaintiff has failed to file a First Amended Complaint or request a further extension of time to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **September 17, 2018**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that cures the deficiencies in the last pleading or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint. A copy of the Court's May 29, 2018 Order is attached for Plaintiff's convenience.

//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-08406-JFW (AS) | Date | August 17, 2018 |
|---|---|---|---|
| Title | Dennis Petillo  v.  Debbie Asuncion | | |

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  <u>A notice of dismissal form is attached for Plaintiff's convenience.</u>  Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

cc: John F. Walter
    United States District Judge

.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |