JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| DENNIS PETILLO, JR., | NO. CV 17-8406-JFW (AS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEBBIE ASUNCION, et. al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 14, 2019.


_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE